statement in *Eramdjian*, supra, 155 F. Supp. at page 929, quoted with approval in *Reyes*, supra, 258 F.2d at page 783, that:

> "We believe it within the *power* of Congress and not a violation of due process under the Fifth Amendment to require that citizens of the United States who are narcotics users" [we might add: "if that term is adequately defined."] " * * * register before crossing the international boundary." (emphasis added.)

The judgment of conviction is therefore reversed. Upon remand, the District Court will dismiss the indictment.

Reversed and remanded with directions.

PER CURIAM:

Appellant attacks his conviction of "failure of narcotic user to register, in violation of U.S.C., Title 18, Section 1407."

In Weissman v. United States, 373 F. 2d 799 (9th Cir. 1967), we have this day held that the statute is unconstitutionally vague in attempted application to one who "uses narcotic drugs." Upon the authority of *Weissman*, the judgment of conviction herein must be reversed.

Upon remand, the District Court will dismiss the indictment.

Reversed and remanded.

**Thomas RUCKER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 20543.

United States Court of Appeals Ninth Circuit.

Feb. 17, 1967.

Fred Corbin, San Diego, Cal., for appellant.

Manuel L. Real, U. S. Atty., John K. Van de Kamp, Asst. U. S. Atty., Chief, Crim. Div., J. Brin Schulman, Asst. U. S. Atty., Asst. Chief, Crim. Div., Robert M. Talcott, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before JERTBERG and ELY, Circuit Judges, and JAMESON, District Judge.

**Jimmie Merl MASON, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 20233.

United States Court of Appeals Ninth Circuit.

Feb. 17, 1967.

Theodore W. Graham, of Luce, Forward, Hamilton & Scripps, San Diego, Cal., for appellant.

Manuel L. Real, U. S. Atty., John K. Van de Kamp, Asst. U. S. Atty., Chief, Crim. Div., J. Brin Schulman, Asst. U. S. Atty., Asst. Chief, Crim. Div., Phillip W. Johnson, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before JERTBERG and MERRILL, Circuit Judges, and TAVARES, District Judge.